IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN SILAS, | : | CIVIL ACTION |
| | : | NO. 08-0659 |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| | : | |
| Respondent. | : | |

## **O R D E R**

**AND NOW**, this **19th** day of **September, 2011**, it is hereby **ORDERED** as follows:

1. The Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (doc. no. 3) is **DENIED** AND **DISMISSED WITH PREJUDICE;**

2. Petitioner's "Motion to 'Stay and Abey' in Accordance with the Supreme Court's Decision in Rhines v. Weber, 544 U.S. 269 (2005)" (doc. no. 1) is **DENIED AS MOOT;**

3. There is no probable cause to issue a Certificate of Appealability.

**AND IT IS SO ORDERED.**

                                    S/Eduardo C. Robreno
                                    **EDUARDO C. ROBRENO, J.**